**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Steve HICKMAN, a/k/a Steve Miller,**
**Defendant–Appellant.**

**No. 09–7450.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 20, 2009.

Decided: Oct. 27, 2009.

Steve Hickman, Appellant Pro Se. Steve R. Matheny, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steve Hickman appeals the district court's order denying his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hickman,* No. 5:93–cr–00144–BO–2 (E.D.N.C. filed July 21, 2009 & entered July 22, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*